Jr., deceased, against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment affirmed, with costs.

BETTS, J., dissents.

E. CLEMENS HORST CO., Respondent, v. M. GROH'S SONS, Inc., Appellant. (Supreme Court, Appellate Division, First Department. January 19, 1912.) Action by the E. Clemens Horst Company against M. Groh's Sons, Incorporated. T. F. Keogh, for appellant. J. A. Garver, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 137 App. Div. 942, 122 N. Y. Supp. 1127.

EDGAR, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 28, 1911.) Action by Thomas J. Edgar against the Brooklyn Heights Railroad Company and the Transit Development Company. No opinion. Motion denied, without costs. See, also, 131 N. Y. Supp. 286.

ELINE v. ELINE. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Action by May Eline against Charles Eline. No opinion. Motion denied. Order filed.

ELLIOTT, Appellant, v. PAINE, Respondent. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Action by James M. Elliott, Jr., against Martin S. Paine. A. Beard, for appellant. E. W. Hatch, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 130 N. Y. Supp. 1110.

ENTWISLE, Respondent, v. CREED et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 5, 1912.) Action by Frank L. Entwisle, trustee in bankruptcy, etc., against William R. Creed and another, etc. No opinion. Judgment of the Municipal Court affirmed, with costs.

EQUITABLE TRUST CO. v. NEWMAN. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Action by the Equitable Trust Company against Charles A. Newman. No opinion. Motion granted. Order filed. See, also, 131 N. Y. Supp. 1113.

EQUITABLE TRUST CO. OF NEW YORK v. SINGER. (Supreme Court, Appellate Term. December 15, 1911.) Appeal from Municipal Court, Borough of Manhattan, Fifth District. Action by the Equitable Trust Company of New York against Alexander L. Singer. From a judgment for defendant, plaintiff appeals. Reversed. McLear & McLear, for appellant. Samuel Blumberg, for respondent.

PER CURIAM. The answer in this case sets up a general denial, the statute of limitations, and payment. The statute of limitations applies to but part of the claim, and not to the remainder, and this was conceded upon the trial. A careful examination of the testimony leads us to the conclusion that the defense of payment was not established, nor was there any testimony given under the general denial that would tend to defeat the plaintiff's claim. The judgment must therefore be reversed. Judgment reversed and a new trial ordered with costs to appellant to abide the event.

EQUITABLE TRUST CO. OF NEW YORK v. STEPHENS. (Supreme Court, Appellate Term. December 15, 1911.) Appeal from Municipal Court, Borough of Manhattan, Fifth District. Action by the Equitable Trust Company of New York against William Stephens. From a judgment for defendant, plaintiff appeals. Reversed, and new trial ordered. McLear & McLear, for appellant. George Murray Hulbert, for respondent.

PER CURIAM. The material question to be determined in this case is whether or not there was sufficient testimony to show an assignment of the contract sued upon to the plaintiff, and also whether or not there was a performance of such contract on the part of the assignor. The defendant offered no testimony upon these questions, but rested upon the plaintiff's evidence, and the complaint was dismissed. We are of the opinion that upon those issues the plaintiff gave sufficient evidence to show both assignment to it and performance by its assignor, and that a recovery by the assignee herein would effectually preclude the assignor from maintaining an action against this defendant, and be a perfect protection to him, if one was brought, and in such a case he has no right to require more. Judgment reversed, and a new trial ordered, with costs to appellant to abide the event.

ESBACH, Appellant, v. LEVUSSOVE, Respondent. (Supreme Court, Appellate Division, First Department. December 15, 1911.) Action by Katherine Esbach, by guardian, against Moses S. Levussove. S. Falk, for appellant. M. Schaap, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 131 N. Y. Supp. 1113.

EVANS, Appellant, v. JOHNSTONE, Respondent. (Supreme Court, Appellate Division, First Department. December 15, 1911.) Action by Eustacio Evans, as Treasurer, against J. Thomas Johnstone, as District Grand Treasurer. J. L. Curtis, for appellant. W. H. Smith, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

In re EYSEL. (Supreme Court, Appellate Division, Second Department. November 24, 1911.) In the matter of the judicial settlement of the account of Magdalena Eysel, as administratrix, etc., of Ferdinand E. Eysel, deceased. PER CURIAM. Decree of the Surrogate's Court of Kings county (65 Misc. Rep. 432, 121 N. Y. Supp. 1095) affirmed, with costs. THOMAS, J., dissents as to the promissory note.